complaints

15-CV-125-C

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 JUL 30 PM 2:39
STEPHAN HARRIS, CLERK
CHEYENNE

1. Like any other disease state, Alcohol Withdrawal Syndrome is very common. I was suppose to had a topic discussion about the disease related to one of my patient. The preceptor (accusor) told me write-up is not required if I'm confident enough. English is my second language. So, I wanted to be sure and I wrote a 4-page notes to help others understand me (Attached). I thought they all know the concept because the disease state is so common. I made 4 copies for 2 other team-mates, a PVH pharmacist and the preceptor. I did citation, but I was accused not putting direct quotation marks on.

The accusation is entirely wrong. Every hospital use the same score system, same treatment and dosages of medication for the disease. I presented copy of CIWA scoring and protocol used by the hospital I worked. The PVH hospital pharmacist pointed their protocol during the discussion. If the write-up is not required, and the disease symptoms/pathophysiology are common knowledge for the audience, there is no way I have committed plagiarism.

2. I have diagosis of Depression, Chronic and Major Depression. I suffered the wrongful accusation and felt shameful for the accusation. I tried to commit suicide to prove my innocent. I asked for help and emailed 5 person in the school. The only person cared was my academic advisor Jenifer Petrie. She sent

me to the ER and I ended up in a mental hospital for 8 days even the order was 72 hours.

I was depressed when I went to the make-up rotation at VA-SD. One male resident pressed me by asking me verify which rotation I was on, why I need to do the rotation when everyone was graduated. I refused to talk and he poked me, made me jump out off seat and made fun, laughed at me. He said I was jumpy. Then I must be squeaky(?). When I asked him what he was saying. He said if he pinch me, he can prove I must be a screamer. His smile was absurd. I was not able to communicate. The preceptor emailed school saying something was going on with me. Whether they were holding too high a bar for me. I did not know the email until after the rotation. I passed all assignments & I was accused of unethical, unprofessional, and got a D for the rotation.

3. I worked at Cheyenne Regional Medical Center as a student intern (Licensed). The WY Board of Pharmacy accepted all 1894 hours and clarified these hours are treated equal as rotation hours. (attached hours from HR, WYBOP acceptance form)

4. I have lost my intern license and not able to work. I had 3 job offers for pharmacist position. CRMC paid my tuition in condition that I work for them for at least 2 yrs. I have suffered from the wrongful accusations.

5. I have file a complaint with Health and Human Service, civil rights violation under disability due to depression. They took the case but the investigation was not able to complete and was closed for no reason in May 2015. (1 copy of letter)

6. Ask for justice with regarding to the wrongful plagiarism accusation on ground of common knowledge. Allow graduation and attend NY Board authorized exam to be licensed. Compensation for the wrong accusation, delay of graduation, suffering.