FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 JUL 30  PM 2 40

STEPHAN HARRIS, CLERK
CHEYENNE

**APPENDIX D**

(Your Name) WEI. JI YING
(Your Address) 300 East Trilby Rd. Fort Collins, CO 80525
(Your Telephone No.) 520-245-0075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

WEI. JI YING            )
                        )
    Plaintiff,           )
                        )
    vs.                  )    Case No. 15-CV-125-C
                        )
School of pharmacy       )
University of Wyoming    )
    Defendant(s).        )

MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff in the above-entitled matter hereby moves the court for an order appointing legal counsel to act on his/her behalf. (Insert reason for requesting counsel.)

Dated this 30 day of July, 20 15.

/Sign your name/ [signature]
Print your name below line

WEI. JI YING