Reason for requesting Counsel          15-CV-125-C

1. Not able to find Lawyer who have the specialty and not having conflict of interest with the University of Wyoming.

2. I've tried Legal Aid, WY State Bar, and not able to find a local atterny to represent me.

3. I've tried Attorney to find Lawyer in Fort Collins. but was not able to because of License issue or speciality issue

4. I was a student has been denied graduation towards the end. Not able to find suitable job. I've tried working as a technician. but has been terminated because I have a pharmacist's mind-set. (Educated)

5. Suffer from Major Depression Disorder. Some days I'm not able to put myself together

6. English is 2nd language. Not sure I can make myself clear. With depression disorder, I frequently become silent and not able to communicate effectively. I freezes frequently.

7. I'm going against a powerful atterny representing the School of Pharmacy. University of Wyoming. I'm in serious disadvantage in the preceedings.

8. It's not clear which category of specialty my case fall into. There are plagiarism accusations, and there are ~~civil~~ civil rights (if you consider Depression, Major Depression as disability). The case is complicated. I had hard time to find a Lawyer has ~~this speciality~~ such qualifications.

9. Single mother, has 11 mon infant. ~~Need~~ I'm the sole care giver for my infant son. I have experienced difficulties, & thought about giving him up for adoption. He is too cute. Bond has formed I'm not able to seperate from him. Biological father is alcoholic and not paying much for child support. ($50/mon, started in May 2015)

10. Time is running out. I'm not able to handle the preceedings effectively. Would be better if someone with experience can represent me.