08-07-2015
Case 2:15-cv-00125-NDF Document 6 Filed 08/07/15 Page 1 of 2

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 AUG 7 PM 1 46
STEPHAN HARRIS, CLERK
CHEYENNE

① Additional Medical Records (08/02/2012, 04/23/2014)
School of Pharmacy. Dean of student Affairs was the contact person and knew student depression / Major depression diagnosis.

② Letter from HHS (Health & Human Services) 05/04/2015

③ Termination Date. pharmacy school July 29, 2013. University of Wyoming Feb. 16 2014

## Amended Complaint                        Jiying Wei

### Main complaints — 15-cv-125

1. Student has finished all classes for graduation.
2. Plagiarism accusation on Alcohol Withdrawl sydrome was false
   - student was asked to lead a disease state topic discussion
   - write-up was not required.
   - Student was not confident with her own English. 4-pages note to aid discussion

Audience
   - 2 other graduating students. 1 PVH pharmacist. 1 faculty pharmacist. All in medical field and know the disease state.

What was discussed
   - pathophysiology of the disease state; treatment (CRMC. PVH)

Why it is common knowledge
   - student was learning a common disease state
   - treatment is universal, same at CRMC. PVH. MGR Hospitals

- Everyone est graduating and faculty dont know the basic knowledge about the disease. The treatment is the same, and all medical doctor, ER nurses, pharmacist commonly know the concept of this very common disease.

3. The person disliked student. She filed the claim purely because she didnot like me and wanted me harm. I asked personally in her office and through e-mail for clarifications on the discussion, she refused to talk to me. When I was very depressed, she ignored me. My academic advisor came and sent me to the ER.

15-cv-125
Additional Exhibits.
copies made to the school
08-07-2015